No. 66346.—Sunwear, Inc. v. United States, protest 59/8772 (Boston).

Opinion by MOLLISON, J. On the record presented, the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 9, 1962

No. 66347.—Advance Brokers, Ltd., et al. v. United States protests 60/22072, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66348.—Castelazo & Associates, for a/c Merit Products Co. v. United States, protests 303521–K, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.